ABE LEVINSON, Appellant, v. OCEANIC STEAMSHIP NAVIGATION COMPANY, LTD., Respondent.— Application denied, with ten dollars costs.

VINCENT MARESCA, Respondent, v. CARLO DEL PINO, Appellant.— Application denied, with ten dollars costs.

JOHN A. ROSS, Respondent, v. E. R. DIGGS & COMPANY, INC., Appellant.— Application denied, with ten dollars costs.

FREDERICK SCHAEFFER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Application denied.

LOUIS GREEN, Appellant, v. HAROLD M. RABINOWITZ, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HEGEMAN HOLDING COMPANY, INC., Appellant, v. WILLIAM J. DALTON, Mayor of the City of Long Beach, and Others, Respondents.— The appeal having been disposed of, the motion for stay is dismissed, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Application of IRA J. ADAMS for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of HARRY C. BIERMAN for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of LEMUEL LEWIS BOLLES for Admission to the Bar. (From the State of Indiana.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of EARL J. GAREY for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of ALBERT H. PIKE for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of CHARLES A. REINWALD for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of WILLIAM ELLSWORTH TUCKER for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.